UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ERIC BOWERS,

                        Plaintiff,                  **23 Civ. No. 10870 (LGS) (GS)**

      -against-                              **PRE-SETTLEMENT**
                                                                        **CONFERENCE ORDER**

GRUPO TELEVISA, S.A.B.,

                        Defendant,
------------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

      This action is scheduled for a Telephone Conference on **Monday, February 5, 2024 at 11:00 a.m.**, to discuss the scheduling of and preparation for a Settlement Conference. The parties are directed to consult the undersigned's Settlement Conference Procedures, available at https://nysd.uscourts.gov/hon-gary-stein. Counsel is directed to join the conference via Microsoft Teams at the scheduled time. **Please dial (646) 453-4442, Access Code: 179 220 1#.**

      SO ORDERED.

DATED:    New York, New York
                 January 29, 2024

                                                                          The Honorable Gary Stein
                                                                           United States Magistrate Judge