UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ERIC BOWERS,

                        Plaintiff,                23 Civ. No. 10870 (LGS) (GS)

        -against-                      **PRE-SETTLEMENT**
                                                                       **CONFERENCE ORDER**

GRUPO TELEVISA, S.A.B.,

                        Defendant.
------------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

      This action is scheduled for a Telephone Conference on **Tuesday, February 27, 2024 at 02:00 p.m.**, to discuss the scheduling of and preparation for a Settlement Conference. The parties are directed to consult the undersigned's Settlement Conference Procedures, available at https://nysd.uscourts.gov/hon-gary-stein. Counsel is directed to join the conference via Microsoft Teams at the scheduled time. **Please dial (646) 453-4442, Access Code: 157 281 401#.**

      **SO ORDERED.**

DATED:    New York, New York
                 February 12, 2024

                                                                        _____
                                                                       The Honorable Gary Stein
                                                                        United States Magistrate Judge