UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ERIC BOWERS,
                     Plaintiff,

-against-

GRUPO TELEVISA, S.A.B.,
                     Defendant.
------------------------------------------------------------ X

23 Civ. 10870 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, a telephonic conference was held on February 21, 2024.  For the reasons discussed at the conference, it is hereby

**ORDERED** that, by **February 29, 2024**, the parties shall file a joint letter updating the Court on the status of settlement discussions and either (1) proposing a briefing schedule for Defendant's proposed motion to dismiss or (2) requesting a postponement of the briefing schedule.  It is further

**ORDERED** that discovery is stayed *sine die* pending the settlement discussions.

Dated: February 21, 2024
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE