```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
   ERIC BOWERS,                                             :
                                  Plaintiff,                :
                                                            :          23 Civ. 10870 (LGS)
                -against-                                   :
                                                            :                ORDER
   GRUPO TELEVISA, S.A.B.,                                  :
                                  Defendant.                :
                                                            :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Opinion, issued February 21, 2025, grants Defendant's motion to dismiss and directs Plaintiff to file any letter seeking to replead by March 6, 2025;

WHEREAS, no such letter was filed.  It is hereby

**ORDERED** that this case is dismissed.

The Clerk of Court is respectfully directed to close this case.

Dated: March 10, 2025
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**